AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

United States of America )
v. )
)
Jose Armando Apolinar-Saldana )
)
Date of Original Judgment: 11/18/2025 )
Date of Previous Amended Judgment: 12/03/2025 )
*(Use Date of Last Amended Judgment if Any)*

Case No: CR25-173(2) JRT/ECW
USM No: 78565-511

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant is ineligible for a sentence reduction under Amendment 821 because the amendment provisions were applied to his case at the time of sentencing (18 U.S.C. § 3582(c)). Specifically, the 2025 Guidelines Manual was in effect at sentencing. The defendant was determined to meet criteria set forth at USSG §4C1.1(a)(1)-(10); and the Court applied a 2-level zero-point offender reduction pursuant to USSG §4C1.1(a) and (b).

Except as otherwise provided, all provisions of the judgment dated 12/03/2025 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 02/24/2026

/s/ John R. Tunheim
*Judge's signature*

Effective Date: _____
*(if different from order date)*

John R. Tunheim, United States District Court Judge
*Printed name and title*